IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
AUG 23 2022
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> CHRISTOPHER JAY KILLSNIGHT, <br><br> *Defendant.* | SEALED <br><br> Case No. **22 CR 124 JFH** |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### FAILURE TO REGISTER AS SEX OFFENDER
[18 U.S.C. §§ 2250(a)(1), 2250(a)(2)(B), & 2250(b)(3)]

Beginning in or about March 2022, and continuing until on or August 3, 2022, in the Eastern District of Oklahoma, the defendant, **CHRISTOPHER JAY KILLSNIGHT**, an individual required to register as a sex offender under the Sex Offender Registration and Notification Act, after having received a felony conviction from the District Court of Montana on or about December 1, 2000, under Cause CR00-00009-BLG-JDS-01, for Forced Sexual Abuse, and was a sex offender by reason of a conviction under Federal Law and traveled in interstate commerce, and entered and resided in Indian country, and knowingly failed to register and update his registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Sections 2250(a)(1), 2250(a)(2)(B), and 2250(b)(3).

CHRISTOPHER J. WILSON
United States Attorney

/s/ signature

HANNAH JONES, IN BAR #32026-49
Assistant United States Attorney

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY